1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  CLARK HILL PLLC
3  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, NV 89169
4  Tel: (702) 862-8300
   Fax: (702) 862-8400
5  Email: jthompson@clarkhill.com
   *Attorney for Defendant*
6  *Equifax Information Services LLC*

7

8 **UNITED STATES DISTRICT COURT**
  **DISTRICT OF NEVADA**
9

10 CARMELLA S. LARKINS, an individual, ) 
                                      ) **Case No. 2:20-cv-00135-RFB-NJK**
11                Plaintiff,           )
                                      )
12 vs.                                 ) **STIPULATION OF EXTENSION OF**
                                      ) **TIME FOR DEFENDANT EQUIFAX**
13 SANTANDER CONSUMER USA INC., a      ) **INFORMATION SERVICES LLC TO**
   Foreign Corporation; and EQUIFAX   ) **FILE ANSWER**
14 INFORMATION SERVICES LLC, a Foreign )
   Limited-Liability Company,         ) **FIRST REQUEST**
15                                    )
                                      )
16                Defendants.          )
                                      )
17 _____)

18      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

19 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

20 no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

21 AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

22 answer, move or otherwise respond to the Complaint in this action is extended from March 23,

23 2019 through and including **April 22, 2020.** Plaintiff and Equifax are actively engaged in

24 settlement discussions. The additional time to respond to the Complaint will facilitate settlement

25 discussions. This stipulation is filed in good faith and not intended to cause delay.

26

27

28

Respectfully submitted this 20th day of March, 2020.

        CLARK HILL PLLC

        By: /s/ Jeremy J. Thompson
        Jeremy J. Thompson
        Nevada Bar No. 12503
        3800 Howard Hughes Pkwy, Suite 500
        Las Vegas, NV 89169
        Tel: (702) 862-8300
        Fax: (702) 862-8400
        Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/ Erik W. Fox, Esq.
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW OFFICES
2508 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: (702) 748-7777
FAX: (702) 966-3880
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: March 23, 2020

- 2 -